IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3050 |
| | ) | |
| V. | ) | |
| | ) | |
| KYLE SODERHOLM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for leave to file motion for variance out of time (filing 61) is granted. The defendant's motion for variance (filing 62) will be taken up at sentencing.

DATED this 31st day of May, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge