UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3050 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| KYLE SODERHOLM, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 74). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On March 22, 2012, the Court entered a Preliminary Order of Forfeiture (Filing No. 56) pursuant to the provisions of Title 18, United States Code, Sections 2252A(a)(2), based upon the Defendant's plea of guilty to Count I and the Forfeiture Allegation of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following properties was forfeited to the United States:

    a. One generic mini-tower computer, no make, no model, no serial number;

    b. One Quantum 5121 MB hard disk drive, model 1ct10, serial number 871008514629;

    c. One First Eagle Systems labeled computer, no model, no serial number;

    d. One Western Digital 500 GB hard disk drive, model WD5000AAJB, serial number WCAS81895320;

    e. Two each 100 MB zip disks;

    f. Two each 1.44 MB floppy disks;

g.  25 each CD-Rom disks; and

h.  Three each 120 MB super floppy disks.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on March 28, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on June 11, 2012 (Filing No. 73).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the following properties, held by any person or entity, are hereby forever barred and foreclosed:

a.  One generic mini-tower computer, no make, no model, no serial number;

b.  One Quantum 5121 MB hard disk drive, model 1ct10, serial number 871008514629;

c.  One First Eagle Systems labeled computer, no model, no serial number;

d.  One Western Digital 500 GB hard disk drive, model WD5000AAJB, serial number WCAS81895320;

e.  Two each 100 MB zip disks;

  f. Two each 1.44 MB floppy disks;

  g. 25 each CD-Rom disks; and

  h. Three each 120 MB super floppy disks.

C. The properties described above, be, and the same hereby are, forfeited to the United States of America.

D. The United States is directed to dispose of said properties in accordance with law.

DATED this 12th day of June, 2012.

            **BY THE COURT:**

            *Richard G. Kopf*

            **RICHARD G. KOPF, Senior Judge**
            **United States District Court**